PHILLIP A. TALBERT
United States Attorney
Nchekube Onyima
Special Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone:  (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>                    v.<br><br>JASON LIPP<br><br>                              Defendant. | CASE NO.  2:24-PO-0308-JDP<br><br>STIPULATION TO CONTINUE TRIAL AND [~~PROPOSED~~] ORDER<br><br>DATE: December 9, 2024<br>TIME: 10:00 a.m.<br>COURT: Hon. Jeremy D. Peterson |

**STIPULATION**

Plaintiff United States of America, by and through its attorney of record, Special Assistant United States Attorney Nchekube Onyima, and defendant proceeding *pro se*, stipulate as follows:

1.      On October 8, 2024, defendant's initial appearance and arraignment was held before a judicial officer of the Court.  The defendant declined to be represented by the Federal Defender.

2.      By Order, the Court set a bench trial for December 9, 2024, at 10:00 A.M.

3.      On December 4, 2024, the defendant emailed the government and requested a continuance for trial preparation and appointment of counsel.

//

//

//

//

1

4.     By this stipulation, the parties now jointly move to continue the bench trial to February 10, 2025, at 10:00 A.M.


IT IS SO STIPULATED.


Dated:  December 6, 2024                    PHILLIP A. TALBERT
                                            United States Attorney


                                            /s/Nchekube Onyima
                                            Nchekube Onyima
                                            Special Assistant United States Attorney


Dated:  December 6, 2024                    /s/ Jason Lipp
                                            JASON LIPP
                                            Defendant


**[~~PROPOSED~~] ORDER**

IT IS SO FOUND AND ORDERED this 6th day of December, 2024.


JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

U.S. v. Lipp