HEATHER E. WILLIAMS, #122664
Federal Defender
MEGAN HOPKINS, #294141
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: (916) 498-5700
Fax: (916) 498-5710
Megan_Hopkins@fd.org

Attorney for Defendant
JASON LIPP

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JASON LIPP,<br><br>Defendant. | Case No. 2:24-po-00308-JDP<br><br>**STIPULATION AND ORDER TO CONTINUE BENCH TRIAL**<br><br>DATE: February 10, 2025<br>TIME: 10:00 a.m.<br>JUDGE: Jeremy D. Peterson |

IT IS HEREBY STIPULATED between the parties through their respective counsel, Nchekube Onyima, Assistant United States Attorney, and Megan T. Hopkins, Assistant Federal Defender, attorney for Jason Lipp, that the bench trial currently set for February 10, 2025 at 10:00 a.m. be continued to March 31, 2025 at 10:00 a.m.

Defense counsel has identified additional discovery to be requested, and has provided those requests to the government. Furthermore, defense counsel needs additional time to investigate, meet with Mr. Lipp, and prepare for trial. By this stipulation, the parties now jointly move to continue the trial to March 31, 2025 at 10:00 a.m.

Respectfully submitted,

Dated: February 4, 2025        HEATHER E. WILLIAMS
                               Federal Defender

                               */s/ Megan T. Hopkins*
                               MEGAN T. HOPKINS
                               Assistant Federal Defender
                               Attorney for Defendant
                               JASON LIPP

STIPULATION AND ~~PROPOSED~~ ORDER TO        -1-
CONTINUE BENCH TRIAL

Date: February 4, 2025    MICHELE BECKWITH
Acting United States Attorney

*/s/ Nchekube Onyima*
NCHEKUBE ONYIMA
Special Assistant United States Attorney

**~~PROPOSED~~ ORDER**

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED THAT the Bench Trial set for February 10, 2025 be continued to March 31, 2025 at 10:00 am.

Dated: February 5, 2025

_____
JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE