HEATHER E. WILLIAMS, #122664
Federal Defender
MEGAN HOPKINS, #294141
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: (916) 498-5700
Fax: (916) 498-5710
Megan_Hopkins@fd.org

Attorney for Defendant
JASON LIPP

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 2:24-po-00308-JDP |
|---|---|---|
| Plaintiff, | ) | **STIPULATION AND ORDER TO CONTINUE BENCH TRIAL** |
| vs. | ) | |
| JASON LIPP, | ) | DATE:   May 12, 2025<br>TIME:    10:00 a.m.<br>JUDGE:  Jeremy D. Peterson |
| Defendant. | ) | |

IT IS HEREBY STIPULATED between the parties through their respective counsel, Nchekube Onyima, Assistant United States Attorney, and Megan T. Hopkins, Assistant Federal Defender, attorney for Jason Lipp, that the bench trial currently set for March 31, 2025, at 10:00 a.m. be continued to May 12, 2025 at 10:00 a.m.

The government has produced approximately 200 pages of new discovery on March 5, 2025, that included body camera evidence that defense counsel will need to review with Mr. Lipp. Additionally, defense counsel needs additional time to investigate, consult with an expert regarding mining law, meet with Mr. Lipp, and prepare for trial.

/ / /

/ / /

/ / /

/ / /

/ / /

STIPULATION AND ~~PROPOSED~~ ORDER TO CONTINUE BENCH TRIAL        -1-

1  By this stipulation, the parties now jointly move to continue the trial to May 12, 2025, at 10:00 a.m.

Respectfully submitted,

Dated: March 24, 2025          HEATHER E. WILLIAMS
                               Federal Defender

                               */s/ Megan T. Hopkins*
                               MEGAN T. HOPKINS
                               Assistant Federal Defender
                               Attorney for Defendant
                               JASON LIPP

Date: March 24, 2025           MICHELE BECKWITH
                               Acting United States Attorney

                               */s/ Nchekube Onyima*
                               NCHEKUBE ONYIMA
                               Special Assistant United States Attorney

STIPULATION AND ~~PROPOSED~~ ORDER TO          -2-
CONTINUE BENCH TRIAL

1

**~~PROPOSED~~ ORDER**

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED THAT the Bench Trial set for March 31, 2025 be continued to May 12, 2025 at 10:00 am.

DATED: March 24, 2025

_____
HON. JEREMY D. PETERSON
United States Magistrate Judge

STIPULATION AND ~~PROPOSED~~ ORDER TO CONTINUE BENCH TRIAL                -3-