HEATHER E. WILLIAMS, #122664
Federal Defender
MEGAN T. HOPKINS, #294141
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: 916-498-5700
Fax: 916-498-5710

Attorney for Defendant
JASON LIPP

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:24-po-00308-JDP |
| Plaintiff, | RULE 43 WAIVER OF APPEARANCE |
| v. | Judge: Hon. Jeremy D. Peterson |
| JASON LIPP, | |
| Defendant. | |

Pursuant to Rule 43 of the Federal Rules of Criminal Procedure, defendant, JASON LIPP, hereby waives the right to be present in person in open court for future status conferences, and upon the hearing of any motion or other proceeding in this case, including, but not limited to, when the case is set for trial and when any other action is taken by the court before or after trial.

Defendant hereby requests the Court to proceed during every absence which the Court may permit to this waiver; agrees that defendant's interests will be deemed represented at all times by the presence of the defendant's attorney, the same as if the defendant were personally present; and further agrees to be present in court ready for trial any day and hour the Court may require.

/ / /

/ / /

The defendant further acknowledges being informed of the rights under Title 18 U.S.C. §§ 3161-3174 (Speedy Trial Act), and authorizes the defendant's attorney to set times and dates under that Act without the defendant's personal presence.

Dated: April 30, 2025

/s/ *Jason Lipp*
(Defendant)

I agree and consent to my client's waiver of appearance.

Dated:  May 1, 2025

/s/ *Megan Hopkins*
MEGAN T. HOPKINS
Assistant Federal Defender
Attorney for Defendant

IT IS SO ORDERED.

Dated:  May 1, 2025

_____
JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE